IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEPHANIE ANDERSON,            )
                               )
            Plaintiff,         )
                               )  Civil No. 06-6209-TC
     v.                        )
                               )  ORDER
MICHAEL J. ASTRUE,             )
Commissioner of Social Security)
                               )
            Defendants.        )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on June 14, 2007. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. This matter is remanded for the purpose of permitting the Commissioner to calculate and award benefits.

IT IS SO ORDERED.

DATED this 29th day of June, 2007.

*Michael C. Hogan*
UNITED STATES DISTRICT JUDGE

2    - ORDER