Kathryn Tassinari, OSB# 80115
Brent Wells, OSB # 85403
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHANIE ANDERSON,<br><br>       Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration ,<br><br>       Defendant. | Civil No. 06-6209-TC<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES AND LEGAL ASSISTANT FEES PURSUANT TO EAJA |

After considering the Motion submitted by plaintiff's attorney for entry of an order awarding plaintiff's attorney fees in the amount of $3,936.36 and legal assistant fees in the amount of $1,521.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $5,457.36 as full settlement of any and all claims for attorney and legal assistant fees under EAJA, and paid by the Commissioner to Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.,, plaintiffs attorneys. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 23 day of October, 2007.

_____
U.S. ~~District~~ Judge
Magistrate

PRESENTED BY:

By: __Brent Wells for__
    Kathryn Tassinari, OSB #80115
    Harder, Wells, Baron & Manning, P.C.
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES & LEGAL ASSISTANT FEES PURSUANT TO EAJA